# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH THOMAS, | 1:10-cv-01005-OWW-SMS (HC) |
| Petitioner, | ORDER DENYING PETITIONER'S MOTION FOR JUDGMENT ON MERITS |
| v. | [Doc. 15] |
| K. ALLISON, Warden | |
| Respondent. | |
| _____/ | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

This case is ready for review on the merits, as Respondent filed an answer to the petition on October 28, 2010, and Petitioner filed a traverse on November 23, 2010.

On September 24, 2010, Petitioner filed a motion for judgment on the merits.  Petitioner argues that because Respondent filed a motion for an extension of time to file an answer, Respondent has failed to comply with this Court's order to respond.  Contrary to Petitioner's claim, Respondent's counsel timely filed a motion for an extension of time and set forth good cause to extend the time to respond.  As previously stated, Respondent filed a timely answer to the petition on October 28, 2010, and the Court will issue a ruling in due course.  Based on the foregoing, Petitioner's motion for judgment on the merits is DENIED.

IT IS SO ORDERED.

**Dated:    December 6, 2010**            _____/s/ Sandra M. Snyder_____
                                        UNITED STATES MAGISTRATE JUDGE