**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH THOMAS,<br><br>    Petitioner,<br><br>  v.<br><br>K. ALLISON, Warden,<br><br>    Respondent. | Case No. 1:10-cv-01005-OWW-SMS (HC)<br><br>ORDER DIRECTING CLERK OF COURT TO RE-SEND PETITIONER THE COURT'S JANUARY 25, 2011 ORDER<br><br>(Doc. 22) |

This matter is before the Court on Petitioner's "Motion for Disposition," filed November 10, 2016. Doc. 22. Therein, Petitioner requests a notice of the Court's "decision" and "move[s] the Court for disposition in this case." The motion also reflects an address different from Petitioner's current address, indicating he is at the California Department of Corrections and Rehabilitation's Medical Facility in Vacaville, CA.

On January 25, 2011, District Judge Oliver W. Wanger signed an order captioned: "Order Summarily Dismissing Petition for Writ of Habeas Corpus, Directing Clerk of Court to Enter Judgment, and Declining to Issue a Certificate of Appealability." Doc. 19. Judge Wanger dismissed the petition with prejudice and declined to issue a certificate of appealability. Further, he directed the Clerk of Court to enter judgment and close the case. On January 26, 2011, the Clerk of Court entered judgment in the case in. Doc. 20. Also on January 26, 2011, the judgment and January 25, 2011 order were served on Petitioner by mail. They were, however, returned undeliverable on

1 February 25, 2011.  Approximately three months later, on May 24, 2011, Petitioner notified the

2 Court of a change of address.  Doc. 21.  At that point, the case had been closed.

3   As Petitioner remains unaware of the Court's disposition, the Clerk of Court is DIRECTED

4 to re-send Petitioner, along with this order, the January 25, 2011 order, at the following address:

California Medical Facility
C-53074
P.O. Box 2500
Vacaville, CA 95696

IT IS SO ORDERED.

Dated:   **November 17, 2016**         **/s/ Sandra M. Snyder**
                                                          UNITED STATES MAGISTRATE JUDGE